✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

Securities and Exchange Comm

V.

Chad McGinnis, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 14-cv-0006

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, District Judge | Kasper, Bliss | Lavigne, Schwartz, Cohen, English, He |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/6/2019 | Anne Pierce, Court Reporter | Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Plaintiff Exhibits |
| 1 | | 2/6/2019 | yes | yes | Michael Mayer Amended Export Report |
| 2 | | 2/6/2019 | yes | yes | Michael Mayer Report |
| 3 | | 2/6/2019 | yes | yes | Michael Mayer Report |
| 4 | | 2/6/2019 | yes | yes | Certified examiner skill set from website |
| 5 | | 2/6/2019 | yes | yes | Green Mountain Press Release 7/20/2010 |
| 6 | | 2/6/2019 | yes | yes | Amended Expert Report M. Mayer |
| 7 | | 2/6/2019 | yes | yes | Screenshot of sales portal information (graph) for purposes of this hearing only.  Court rules on |
| | | | | | the record re: it's use in trial. |
| | | | | | Defendant Exhibits |
| | A | 2/6/2019 | yes | yes | Michael Mayer Expert Report re: Dunn case |
| | B | 2/6/2019 | yes | yes | Michael Mayer Expert Report re: Sadigh, et al, case |
| | E | 2/6/2019 | yes | yes | Professor Jarrell Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witness |
| | | 2/6/2019 | | | Michael Mayer |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages