✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                           VERMONT

Securities and Exchange Comm.,

V.

Chad McGinnis

## DEFENDANT WITNESS LIST

Case Number:  5:14-cv-0006

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | |
|---|---|---|---|---|
| Christina Reiss, District Judge | Kasper, Atkinson, Bliss | English, Cohen, Arrow, Henry | | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY | | |
| 3/11/2019-3/22/2019 | Anne Pierce/Johanna Masse | Jennifer Ruddy | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/19/2019 | | | Chad McGinnis 3/19/2019, 3/20/2019 |
| | | 3/15/2019 | | | Lynne Herbert |
| | | 3/19/2019 | | | Joseph Lenahan |
| | | 3/19/2019 | | | Michael Yaeger |
| | | 3/19/2019 | | | Eric Statkevicus |
| | | 3/19/2019 | | | C. Paul Wazzan |
| | | 3/20/2019 | | | Mark Vaughn |
| | | 3/20/2019 | | | Gregg Jarrell |
| | | 3/21/2019 | | | Alia McGinnis |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.